IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-mj-6204 |
| | ) | |
| FLORENCE MWENDE MUSAU, a/k/a | ) | |
| Precious Adams, a/k/a Catherine Muthoki, | ) | |
| | ) | |
| MARK AROME OKUO, a/k/a Anthony | ) | |
| Terry, a/k/a Mark Robert, a/k/a Frank | ) | |
| Michael, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SEAL COMPLAINT

The United States of America respectfully moves the Court to seal the complaint cover sheet, complaint, supporting affidavit, this motion, any ruling on this motion, and all related paperwork, until further order of this Court.  In support of this motion, the government states that public disclosure of these materials may jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the Defendants.  The government further moves pursuant to General Order 06-05 that the United States be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Ian Stearns
Ian Stearns
Assistant United States Attorney

Date: March 19, 2021

M. Page Kelley, U.S. Magistrate Judge

March __, 2021

allowed
Page Kelley
3/22/2021