AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mark Arome OKUO, a/k/a Anthony Terry, a/k/a Mark Robert, a/k/a Frank Michael | ) ) | Case No.   21-mj-6204 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark Arome Okuo                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1349 (conspiracy to commit wire and bank fraud)

Date:   March 22, 2021                                                                    _Page Kelley_
                                                                          *Issuing officer's signature*

City and state:   Boston, MA                                            Hon. M. Page Kelley, U.S. Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____<br>                                                            *Arresting officer's signature*<br><br>                                                            _____<br>                                                            *Printed name and title* |