AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Florence Mwende MUSAU, a/k/a Precious Adams,<br>a/k/a Catherine Muthoki<br><br>*Defendant* | )<br>)  Case No.  21-MJ-6204<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Florence Mwende Musau                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (conspiracy to commit wire and bank fraud)

Date: March 22, 2021

*Issuing officer's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*