GOVERNMENT
EXHIBIT
2.1



GOVERNMENT
EXHIBIT

2.2





**GOVERNMENT EXHIBIT**

**2.3**



GOVERNMENT
EXHIBIT

2.4



GOVERNMENT
EXHIBIT

2.5



GOVERNMENT
EXHIBIT

2.6



**GOVERNMENT EXHIBIT**

**2.7**



GOVERNMENT
EXHIBIT

2.8



GOVERNMENT
EXHIBIT

2.9



GOVERNMENT
EXHIBIT

2.10



GOVERNMENT
EXHIBIT

2.11



GOVERNMENT
EXHIBIT

2.12



GOVERNMENT
EXHIBIT

2.13



GOVERNMENT
EXHIBIT

2.14



GOVERNMENT
EXHIBIT

2.15



**GOVERNMENT EXHIBIT**

**2.16**



GOVERNMENT
EXHIBIT

2.17



**GOVERNMENT EXHIBIT**

**2.18**



**GOVERNMENT EXHIBIT**

**2.19**



GOVERNMENT
EXHIBIT

2.20



**GOVERNMENT EXHIBIT**

**2.21**



GOVERNMENT
EXHIBIT

2.22



**GOVERNMENT EXHIBIT**

**2.23**



GOVERNMENT
EXHIBIT

2.24



GOVERNMENT
EXHIBIT

2.25



**GOVERNMENT EXHIBIT**

**2.26**



GOVERNMENT
EXHIBIT

2.27



GOVERNMENT
EXHIBIT

2.28



GOVERNMENT
EXHIBIT

2.29



GOVERNMENT
EXHIBIT

**2.30**



GOVERNMENT
EXHIBIT

**2.31**



GOVERNMENT
EXHIBIT

2.32



GOVERNMENT
EXHIBIT

2.33