**TD Bank**

CHECKING WITHDRAWAL

Nigeria Passport A04813555
exp 1/30/23

NAME Anthony Terry

DATE 2-11-'20

Fifteen Hundred Dollars

Anthony.

SIGNATURE(S)

ACCT. # 9532971963
825 9245401

$1500.00

⑆5130⑆1064⑆

500

GOVERNMENT EXHIBIT 3