

GOVERNMENT EXHIBIT 4