

GOVERNMENT
EXHIBIT

5