

GOVERNMENT EXHIBIT 6