Welcome to Santander's Online Banking

**Subject:** Welcome to Santander's Online Banking
**From:** Santander Bank <alerts@alerts.santander.us>
**Date:** 9/16/2019, 10:56 AM
**To:** AROOMYK@HOTMAIL.COM



Hi ANTHONY TERRY,

Welcome to Santander Bank.

You have successfully entered your credentials and activated Santander Online and Mobile Banking, the easiest, most convenient way to stay on top of your money.

You have chosen to Go Paperless to save time managing your account documents for the following accounts:

SIMPLY RIGHT CHECKING - *1963
SANTANDER SAVINGS - *2771

To change your Paperless preferences, or view your account balances and details, log in to Online or Mobile Banking.

You can:

- Manage your accounts in real time.
- Move money between Santander accounts and accounts at other banks.
- Pay bills securely, quickly, and easily.
- Set account alerts to keep tabs on your accounts.
- Deposit checks from your mobile device.

If you did not activate your credentials in Online or Mobile Banking, please call the Customer Service Center at 1-877-768-2265 or visit your nearest branch.

Respectfully yours,
Santander.

**GOVERNMENT EXHIBIT 11**

**Home** **Login** **About** **Contact**   Get the Mobile App       **Connect with Social**      

**This is a service email from Santander Bank, N.A. This message was sent to your primary email address automatically for your security. Please note that you may receive service emails whether or not you elect to receive promotional email. View our Privacy Policy for more information.**

**Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.**

© 2019 Santander Bank, N.A. All rights reserved.