

GOVERNMENT
EXHIBIT
13.1



**GOVERNMENT EXHIBIT**

**13.2**