

GOVERNMENT EXHIBIT 14