GOVERNMENT
EXHIBIT
19.3

A6688647
U.S. Immigration and Customs Enforcement
U.S. Customs and Border Protection
meland
1742373284
3055231634
GObank
GObank
DEBIT
VISA
03/23
MY CARD
green dot
GOVERNMENT EXHIBIT
19.4

REDI-SEAL
NO MOISTURE NECESSARY
RAISE FLAP AND SEAL
bank
DEBIT
VISA
GObank
VALUED CUSTOMER
1487
VISA
GOVERNMENT
EXHIBIT
19.5




Peel here
Activate your card
Call (855) 459-1351 OR, log in to the app or GO2bank.com to complete activation
053010P
DEBIT
JANET
VISA

Activate your card now using the instructions in this letter!
49882L07
0694
VALID THRU 12/24
FRANK
DEBIT
VISA

Peel here
Activate your card
Call (855) 459-1351 OR, log in to the app or GO2bank.com to complete activation
053010P
DEBIT
PETER
VISA

Peel here
Activate your card
Call (855) 459-1351 OR, log in to the app or GO2bank.com to complete activation
053010P
CYNTHIA
DEBIT
VISA

GOVERNMENT EXHIBIT
19.6



debit
2926
10/24
VALUED CUSTOMER
green dot
171
DEBIT
VALID ONLY IN U.S. AND PUERTO RICO
05/
MY CARD
VISA
GOVERNMENT EXHIBIT
19.7