

GOVERNMENT EXHIBIT 20.1

