# Mark Okuo

-To be respected, - Be polite.

-To bind Satan, - Sanctify yourself.

-To grow in faith, - Meditate on the word of God always.

None of these has ever failed!
Give it a trial, and see for yourself.

Forward this to any group or anyone you care for. And don't be selfish- you will get results.

6:09 AM

**MARCH 9, 2021**

[REDACTED] 0452 01/24 250 PIN: 3030

$5,606

[REDACTED] 0627 01/24 695    $6,584

6:07 AM

**MARCH 10, 2021**

[REDACTED] 1294 07/24 836    $1,468

[REDACTED] 0460 02/24 026 PIN: 3030

$997                              11:12 AM

[REDACTED] 5614 03/24 134 PIN: 2020

$1,570                            5:42 PM

Missed voice call at 5:56 PM

Missed voice call at 5:56 PM

GOVERNMENT EXHIBIT 22.1

Mark Okuo

Thanks. 3:56 PM

Ok 3:57 PM

MARCH 5, 2021

Forwarded

7:14 AM

PIN 1121

1146 $1,494 James
2777 $2,352
4180 $2,356 James
1153 $1,570 James  8:57 AM

MARCH 6, 2021

https://www.facebook.com/100000874600257/posts/3871988686173580/  5:34 AM

Type a message

GOVERNMENT EXHIBIT 22.2