






| Time | storeNumber | storeCity | storeState | tc | paymentHolderName | xref | terminal | transactionNumber | total | tenderAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021-03-24T21:35:30-04:00 | 2103 | WALPOLE | MA | 9155222170931117513 | BRUCE | 0A088C09983B75F4F03D10C98A913007520388177616 | 94 | 4880 | 0 | 1000 |
| 2021-03-24T21:16:02-04:00 | 2103 | WALPOLE | MA | 68577011563895556759 | BRUCE | 0A088C09983B75F4F03D10C98A913007520388177616 | 94 | 4874 | 0 | 1000 |
| 2021-03-24T21:14:35-04:00 | 2103 | WALPOLE | MA | 77369200381753338935 | BRUCE | 0A088C09983B75F4F03D10C98A913007520388177616 | 94 | 4873 | 0 | 1000 |

**GOVERNMENT EXHIBIT 23**


