GOVERNMENT EXHIBIT

24



# Application to Register Permanent Residence or Adjust Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-485**

OMB No. 1615-0023
Expires 06/30/2019

## For USCIS Use Only

| | |
|---|---|
| Preference Category: | |
| Country Chargeable: | |
| Priority Date: | |
| Date Form I-693 Received: | |

APP I485

MSC1890282237          11/24/2017

**Action Block**

DENIED
DHS
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
JAN 0 1 2019
35 12529 USCIS

☐ Applicant Interviewed    ☐ Interview Waived

Date of Initial Interview: _____

Lawful Permanent Resident as of: _____

**Section of Law**

☐ INA 209(a)    ☐ INA 249
☐ INA 209(b)    ☐ Sec. 13, Act of 9/11/57
☐ INA 245(a)    ☐ Cuban Adjustment Act
☐ INA 245(i)    ☐ Other _____
☐ INA 245(m)

## To be completed by an attorney or accredited representative (if any).

| ☐ Select this box if Form G-28 is attached. | **Volag Number** (if any) | **Attorney State Bar Number** (if applicable) | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|
| | | | |

▶ **START HERE - Type or print in black ink.**

A-Number ▶ A- 2 1 4 7 2 3 2 3 3

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

### Part 1. Information About You (Person applying for lawful permanent residence)

*Your Current Legal Name (do not provide a nickname)*

| 1.a. | Family Name (Last Name) | Okuo |
|---|---|---|
| 1.b. | Given Name (First Name) | Mark |
| 1.c. | Middle Name | Arome |

*Other Names You Have Used Since Birth (if applicable)*

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

| 2.a. | Family Name (Last Name) | |
|---|---|---|
| 2.b. | Given Name (First Name) | |
| 2.c. | Middle Name | |

| 3.a. | Family Name (Last Name) | |
|---|---|---|
| 3.b. | Given Name (First Name) | |
| 3.c. | Middle Name | |

| 4.a. | Family Name (Last Name) | |
|---|---|---|
| 4.b. | Given Name (First Name) | |
| 4.c. | Middle Name | |

*Other Information About You*

5.  Date of Birth (mm/dd/yyyy)  ███ 1979

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

6.  Sex    ☒ Male    ☐ Female

7.  City or Town of Birth

Kano

Form I-485   06/26/17   N

Page 1 of 18

A-Number ▶ A- [            ]

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

8. Country of Birth

   **Nigeria**

9. Country of Citizenship or Nationality

   **Nigeria**

10. Alien Registration Number (A-Number) (if any)

    ▶ A- [            ]

    NOTE: If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information**.

11. USCIS Online Account Number (if any)

    ▶ [            ]

12. U.S. Social Security Number (if any)

    ▶ [            ]

### U.S. Mailing Address

13.a. In Care Of Name (if any)

   [            ]

13.b. Street Number and Name    **43 Wilcock Street**

13.c. ☒ Apt. ☐ Ste. ☑ Flr. [ 2 ]

13.d. City or Town    **Dorchester**

13.e. State **MA**    13.f. ZIP Code **02124**

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

   [            ]

14.b. Street Number and Name [            ]

14.c. ☐ Apt. ☐ Ste. ☐ Flr. [            ]

14.d. City or Town [            ]

14.e. State [    ]    14.f. ZIP Code [            ]

### Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival

    [███]**5918**

16. Travel Document Number Used at Last Arrival

    [███]**5918**

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)    **11/16/2020**

18. Country that Issued this Passport or Travel Document

    **Nigeria**

19. Nonimmigrant Visa Number from this Passport (if any)

    [███]**9311**

Place of Last Arrival into the United States

20.a. City or Town

   **Miami**

20.b. State **FL**

21. Date of Last Arrival (mm/dd/yyyy)   *04/15/2016*

When I last arrived in the United States, I:

22.a. ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

   **Visitor**

22.b. ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

   [            ]

22.c. ☐ Came into the United States without admission or parole.

22.d. ☐ Other:

   [            ]

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number

   ▶ 9 3 6 2 3 0 8 5 5 3 0

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)    **10/14/2016**

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)

   **B2 Visitor**

1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A- [                    ]

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**24.** What is your current immigration status (if it has changed since your arrival)?

> **B2 Overstay**

Provide your name exactly as it appears on your Form I-94 (if any)

**25.a.** Family Name (Last Name)  *OKOU*

**25.b.** Given Name (First Name)  *MARK*

**25.c.** Middle Name  [          ]

## Part 2. Application Type or Filing Category

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** box). (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

**1.a.** **Family-based**

☒ Immediate relative of a U.S. citizen, Form I-130

☐ Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130

☐ Person admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)

☐ Widow or widower of a U.S. citizen, Form I-360

☐ VAWA self-petitioner, Form I-360

**1.b.** **Employment-based**

☐ Alien worker, Form I-140

☐ Alien entrepreneur, Form I-526

**1.c.** **Special Immigrant**

☐ Religious worker, Form I-360

☐ Special immigrant juvenile, Form I-360

☐ Certain Afghan or Iraqi national, Form I-360

☐ Certain international broadcaster, Form I-360

☐ Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

**1.d.** **Asylee or Refugee**

☐ Asylum status (INA section 208), Form I-589 or Form I-730

☐ Refugee status (INA section 207), Form I-590 or Form I-730

**1.e.** **Human Trafficking Victim or Crime Victim**

☐ Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A

☐ Crime victim (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

**1.f.** **Special Programs Based on Certain Public Laws**

☐ The Cuban Adjustment Act

☐ The Cuban Adjustment Act for battered spouses and children

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act

☐ Dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children

☐ Lautenberg Parolees

☐ Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)

☐ Indochinese Parole Adjustment Act of 2000

**1.g.** **Additional Options**

☐ Diversity Visa program

☐ Continuous residence in the United States since before January 1, 1972 ("Registry")

☐ Individual born in the United States under diplomatic status

☐ Other eligibility

[                    ]

**2.** Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)?

☐ Yes   ☒ No

**NOTE:** If you answered "Yes" to **Item Number 2.**, you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 1.a. - 1.g.** as the basis for your application for adjustment of status. Fill out the rest of this application **and** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A). For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 1.a. - 1.g.**) and Supplement A Instructions.

1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A- [                    ]

## Part 2. Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

3. Receipt Number of Underlying Petition (if any)

**Concurrent Filing**

4. Priority Date from Underlying Petition (if any) (mm/dd/yyyy) [          ]

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

5.a. Family Name (Last Name) [          ]

5.b. Given Name (First Name) [          ]

5.c. Middle Name [          ]

6. Principal Applicant's A-Number (if any)
   ▶ A- [          ]

7. Principal Applicant's Date of Birth (mm/dd/yyyy) [          ]

8. Receipt Number of Principal's Underlying Petition (if any)
   ▶ [          ]

9. Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy) [          ]

## Part 3. Additional Information About You

1. Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?  ☐ Yes  ☒ No

   If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Location of U.S. Embassy or U.S. Consulate

2.a. City [          ]

2.b. Country [          ]

3. Decision (for example, approved, refused, denied, withdrawn)

   [          ]

4. Date of Decision (mm/dd/yyyy) [          ]

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Physical Address 1 (current address)

5.a. Street Number and Name  **43 Wilcock Street**

5.b. ☐ Apt. ☐ Ste. ☐ Flr. [          ]

5.c. City or Town  **Dorchester**

5.d. State **MA**   5.e. ZIP Code **02124**

5.f. Province [          ]

5.g. Postal Code [          ]

5.h. Country
**USA**

Dates of Residence

6.a. From (mm/dd/yyyy)  **07/01/2017**

6.b. To (mm/dd/yyyy)  **Present**

Physical Address 2

7.a. Street Number and Name  **567 Park Street**

7.b. ☐ Apt. ☐ Ste. ☐ Flr. [          ]

7.c. City or Town  **Boston**

7.d. State **MA**   7.e. ZIP Code **02124**

7.f. Province [          ]

7.g. Postal Code [          ]

7.h. Country
**United States**

1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A-

## Part 3. Additional Information About You (continued)

Dates of Residence

**8.a.** From (mm/dd/yyyy) **05/04/2017**

**8.b.** To (mm/dd/yyyy) **07/01/2017**

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.** Street Number and Name **88B First East Circular Road**

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**9.c.** City or Town **Benin City**

**9.d.** State    **9.e.** ZIP Code

**9.f.** Province **Edo State**

**9.g.** Postal Code

**9.h.** Country **Nigeria**

Dates of Residence

**10.a.** From (mm/dd/yyyy) **01/01/2000**

**10.b.** To (mm/dd/yyyy) **04/15/2016**

## Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Employer 1 (current or most recent)

**11.** Name of Employer or Company **Self Employed Construction**

Address of Employer or Company

**12.a.** Street Number and Name **43 Wilcock Street**

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**12.c.** City or Town **Dorchester**

**12.d.** State    **12.e.** ZIP Code

**12.f.** Province **MA**

**12.g.** Postal Code **02124**

**12.h.** Country **USA**

**13.** Your Occupation **Construction**

Dates of Employment

**14.a.** From (mm/dd/yyyy) ~~01/01/2012~~ *4/15/16*

**14.b.** To (mm/dd/yyyy) ~~current~~ *7/2017*

Employer 2

**15.** Name of Employer or Company *NESTM facilities*

Address of Employer or Company

**16.a.** Street Number and Name

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**16.c.** City or Town *Wakefield*

**16.d.** State *MA* **16.e.** ZIP Code

**16.f.** Province

**16.g.** Postal Code

**16.h.** Country

**17.** Your Occupation *Cleaning / Construction*

Dates of Employment

**18.a.** From (mm/dd/yyyy) *7/17*

**18.b.** To (mm/dd/yyyy) *present*

Form I-485 06/26/17 N    Page 5 of 18

A-Number ▶ A- [                    ]

## Part 3. Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

[                    ]

Address of Employer or Company

**20.a.** Street Number and Name [                    ]

**20.b.** ☐ Apt. ☐ Ste. ☐ Flr. [                    ]

**20.c.** City or Town [                    ]

**20.d.** State [        ]   **20.e.** ZIP Code [            ]

**20.f.** Province [                    ]

**20.g.** Postal Code [                    ]

**20.h.** Country [                    ]

**21.** Your Occupation [                    ]

Dates of Employment

**22.a.** From (mm/dd/yyyy) [            ]

**22.b.** To (mm/dd/yyyy) [            ]

## Part 4. Information About Your Parents

### Information About Your Parent 1

Parent 1's Legal Name

**1.a.** Family Name (Last Name) **Okuo**

**1.b.** Given Name (First Name) **Kenneth**

**1.c.** Middle Name **Yekini**

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name) [                    ]

**2.b.** Given Name (First Name) [                    ]

**2.c.** Middle Name [                    ]

**3.** Date of Birth (mm/dd/yyyy) [██████ 1947]

**4.** Sex   ☒ Male   ☐ Female

**5.** City or Town of Birth

**Benin City**

**6.** Country of Birth

**Nigeria**

**7.** Current City or Town of Residence (if living)

**Benin City**

**8.** Current Country of Residence (if living)

**Nigeria**

### Information About Your Parent 2

Parent 2's Legal Name

**9.a.** Family Name (Last Name) **Lawani**

**9.b.** Given Name (First Name) **Comfort**

**9.c.** Middle Name **Aze**

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name) [                    ]

**10.b.** Given Name (First Name) [                    ]

**10.c.** Middle Name [                    ]

**11.** Date of Birth (mm/dd/yyyy) [██████ 1958]

**12.** Sex   ☐ Male   ☒ Female

**13.** City or Town of Birth

**Benin City**

**14.** Country of Birth

**Nigeria**

**15.** Current City or Town of Residence (if living)

**Benin City**

**16.** Current Country of Residence (if living)

**Nigeria**

101716016503B   1903869   042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A- [               ]

## Part 5. Information About Your Marital History

1. What is your current marital status?

   ☐ Single, Never Married   ☒ Married   ☐ Divorced

   ☐ Widowed   ☐ Marriage Annulled

   ☐ Legally Separated

2. If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

   ☐ N/A   ☐ Yes   ☒ No

3. How many times have you been married (including annulled marriages and marriages to the same person)?

   [ 02 ]

### Information About Your Current Marriage
*(including if you are legally separated)*

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

4.a. Family Name (Last Name)   **Okuo**

4.b. Given Name (First Name)   **Corene**

4.c. Middle Name

5. A-Number (if any)

   ▶ A- [        ]

6. Current Spouse's Date of Birth (mm/dd/yyyy)

   [████] 1993

7. Date of Marriage to Current Spouse (mm/dd/yyyy)

   05/04/2017

Current Spouse's Place of Birth

8.a. City or Town

   **Orange**

8.b. State or Province

   **NJ**

8.c. Country

   **USA**

Place of Marriage to Current Spouse

9.a. City or Town

   **Boston**

9.b. State or Province

   **MA**

9.c. Country

   **USA**

10. Is your current spouse applying with you?

    ☐ Yes   ☒ No

### Information About Prior Marriages (if any)

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse. If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

11.a. Family Name (Last Name)   **Olorunfemi**

11.b. Given Name (First Name)   **Omoyemide**

11.c. Middle Name

12. Prior Spouse's Date of Birth (mm/dd/yyyy)

    **unknown**

13. Date of Marriage to Prior Spouse (mm/dd/yyyy)

    ~~unknown~~   1/20/6  ②

Place of Marriage to Prior Spouse

14.a. City or Town

   **Benin City**

14.b. State or Province

   **Edo State**

14.c. Country

   **Nigeria**

15. Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy)   **08/18/2016**

1017160165030  1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A- ☐☐☐☐☐☐☐☐☐

## Part 5. Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

**Benin City**

**16.b.** State or Province

**Edo State**

**16.c.** Country

**Nigeria**

## Part 6. Information About Your Children

**1.** Indicate the total number of ALL living children (including adult sons and daughters) that you have.

   NOTE: The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage.  **0~~2~~3**

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information.**

Child 1

Current Legal Name

**2.a.** Family Name (Last Name)  ██████

**2.b.** Given Name (First Name)  **Jeremih**

**2.c.** Middle Name

**3.** A-Number (if any)  ▶ A- ☐☐☐☐☐☐☐☐☐

**4.** Date of Birth (mm/dd/yyyy)  ██**2013**

**5.** Country of Birth

   **United States**

**6.** Is this child applying with you?  ☐ Yes  ☒ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name)  ██████

**7.b.** Given Name (First Name)  **Anthony**

**7.c.** Middle Name

**8.** A-Number (if any)  ▶ A- ☐☐☐☐☐☐☐☐☐

**9.** Date of Birth (mm/dd/yyyy)  ██**2015**

**10.** Country of Birth

   **Nigeria**~~ USA

**11.** Is this child applying with you?  ☐ Yes  ☒ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name)  ██████

**12.b.** Given Name (First Name)  Frank

**12.c.** Middle Name

**13.** A-Number (if any)  ▶ A- ☐☐☐☐☐☐☐☐☐

**14.** Date of Birth (mm/dd/yyyy)  ~~█~~ ██ 14

**15.** Country of Birth

   Nigeria

**16.** Is this child applying with you?  ☐ Yes  ☒ No

## Part 7. Biographic Information

**1.** Ethnicity (Select **only one** box)

   ☐ Hispanic or Latino

   ☒ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)

   ☐ White

   ☐ Asian

   ☒ Black or African American

   ☐ American Indian or Alaska Native

   ☐ Native Hawaiian or Other Pacific Islander

Form I-485   06/26/17   N

10171601650380   1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A-

## Part 7. Biographic Information (continued)

3. Height          Feet **6**   Inches **0**

4. Weight          Pounds **2** **0** **0**

5. Eye Color (Select **only one** box)

   ☐ Black          ☐ Blue          ☒ Brown

   ☐ Gray           ☐ Green         ☐ Hazel

   ☐ Maroon         ☐ Pink          ☐ Unknown/Other

6. Hair Color (Select **only one** box)

   ☐ Bald (No hair)   ☒ Black        ☐ Blond

   ☐ Brown            ☐ Gray         ☐ Red

   ☐ Sandy            ☐ White        ☐ Unknown/Other

## Part 8. General Eligibility and Inadmissibility Grounds

1. Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?          ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**. If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

Organization 1

2. Name of Organization

3.a. City or Town

3.b. State or Province

3.c. Country

4. Nature of Group

Dates of Membership or Dates of Involvement

5.a. From (mm/dd/yyyy)

5.b. To (mm/dd/yyyy)

Organization 2

6. Name of Organization

7.a. City or Town

7.b. State or Province

7.c. Country

8. Nature of Group

Dates of Membership or Dates of Involvement

9.a. From (mm/dd/yyyy)

9.b. To (mm/dd/yyyy)

Organization 3

10. Name of Organization

11.a. City or Town

11.b. State or Province

11.c. Country

12. Nature of Group

Dates of Membership or Dates of Involvement

13.a. From (mm/dd/yyyy)

13.b. To (mm/dd/yyyy)

1017160165030   1903869 042303 53 V549393 112717 09:04 112417 AOS-805887

A-Number ▶ A-

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.**  Choose the answer that you think is correct.  If you answer "Yes" to any questions **(or if you answer "No," but are unsure of your answer)**, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

14.  Have you **EVER** been denied admission to the United States?   ☐ Yes   ☒ No

15.  Have you **EVER** been denied a visa to the United States?   ☐ Yes   ☒ No

16.  Have you **EVER** worked in the United States without authorization?   ☒ Yes   ☐ No

17.  Have you **EVER** violated the terms or conditions of your nonimmigrant status?   ☒ Yes   ☐ No

18.  Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings?   ☐ Yes   ☒ No

19.  Have you **EVER** been issued a final order of exclusion, deportation, or removal?   ☐ Yes   ☒ No

20.  Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated?   ☐ Yes   ☒ No

21.  Have you **EVER** held lawful permanent resident status which was later rescinded?   ☐ Yes   ☒ No

22.  Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time?   ☐ Yes   ☒ No

23.  Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation?   ☐ Yes   ☒ No

24.a.  Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement?   ☐ Yes   ☒ No

If you answered "Yes" to **Item Number 24.a.**, complete **Item Numbers 24.b. - 24.c.**  If you answered "No" to **Item Number 24.a.**, skip to **Item Number 25.**

24.b.  Have you complied with the foreign residence requirement?   ☐ Yes   ☐ No

24.c.  Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you?   ☐ Yes   ☐ No

## Criminal Acts and Violations

For **Item Numbers 25. - 45.**, you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.  You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world.  If you answer "Yes" to **Item Numbers 25. - 45.**, use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25.  Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)?   ☐ Yes   ☒ No

26.  Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)?   ☐ Yes   ☒ No

27.  Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)?   ☐ Yes   ☒ No

**NOTE:**  If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28.  Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)?   ☐ Yes   ☒ No

29.  Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)?   ☐ Yes   ☒ No

30.  Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country?   ☐ Yes   ☒ No

A-Number ▶ A-

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

31. Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more?  ☐ Yes  ☒ No

32. Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics?  ☐ Yes  ☒ No

33. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances?  ☐ Yes  ☒ No

34. Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent?  ☐ Yes  ☒ No

35. Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution?  ☐ Yes  ☒ No

36. Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution?  ☐ Yes  ☒ No

37. Have you **EVER** received any proceeds or money from prostitution?  ☐ Yes  ☒ No

38. Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States?  ☐ Yes  ☒ No

39. Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States?  ☐ Yes  ☒ No

40. Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms?  ☐ Yes  ☒ No

41. Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts?  ☐ Yes  ☒ No

42. Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery?  Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion.  ☐ Yes  ☒ No

43. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery?  ☐ Yes  ☒ No

44. Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent?  ☐ Yes  ☒ No

45. Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity?  ☐ Yes  ☒ No

### Security and Related

Do you intend to:

46.a. Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States?  ☐ Yes  ☒ No

46.b. Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information?  ☐ Yes  ☒ No

46.c. Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States?  ☐ Yes  ☒ No

46.d. Engage in any activity that could endanger the welfare, safety, or security of the United States?  ☐ Yes  ☒ No

46.e. Engage in any other unlawful activity?  ☐ Yes  ☒ No

47. Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States?  ☐ Yes  ☒ No

A-Number ▶ A-[          ]

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER**:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes  ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**49.** Have you **EVER** received any type of military, paramilitary, or weapons training?  ☐ Yes  ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.**?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 46.a. - 50.**, explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information**.

Are you the spouse or child of an individual who **EVER**:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes  ☒ No

**51.b.** Participated in, or been a member or a representative of a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Number 51.**, explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

**52.** Have you **EVER** assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person?  ☐ Yes  ☒ No

**53.** Have you **EVER** worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?  ☐ Yes  ☒ No

**54.** Have you **EVER** been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?  ☐ Yes  ☒ No

**55.** Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group?  ☐ Yes  ☒ No

**56.** Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)?  ☐ Yes  ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany?  ☐ Yes  ☒ No

A-Number ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ][ ]

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide?  ☐ Yes  ☒ No

**58.b.** Killing any person?  ☐ Yes  ☒ No

**58.c.** Intentionally and severely injuring any person?  ☐ Yes  ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened?  ☐ Yes  ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes  ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes  ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Assistance

**61.** Have you received public assistance in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes  ☒ No

**62.** Are you likely to receive public assistance in the future in the United States from any source, including the U.S. Government or any state, county, city, or municipality (other than emergency medical treatment)?  ☐ Yes  ☒ No

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997?  ☐ Yes  ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause?  ☐ Yes  ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States?  ☐ Yes  ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit?  ☐ Yes  ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)?  ☐ Yes  ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States?  ☐ Yes  ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)?  ☐ Yes  ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents?  ☐ Yes  ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States?  ☐ Yes  ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled?  ☐ Yes  ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States?  ☐ Yes  ☒ No

**72.b.** For one year or more and then departed the United States?  ☐ Yes  ☒ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

---

101716QLE5Q30  1903869  042303 53 V549393 112717  09:04 112417 AOS-805887

A-Number ▶ A-

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate? ☐ Yes ☒ No

**73.b.** Having been deported, excluded, or removed from the United States? ☐ Yes ☒ No

### Miscellaneous Conduct

**74.** Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**75.** Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)? ☐ Yes ☒ No

**76.** Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child? ☐ Yes ☒ No

**77.** Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States? ☐ Yes ☒ No

**78.** Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States? ☐ Yes ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national? ☐ Yes ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national? ☐ Yes ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces? ☐ Yes ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency? ☐ Yes ☒ No

**80.b.** If your answer to **Item Number 80.a.** is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

## Part 9. Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

_____

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

_____

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

_____

10171601650300   1903869  042303 53 V549393  112717 09:04 112417 AOS-805887

A-Number ▶ A- [_____]

## Part 10. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part. You must file Form I-485 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

1.b. ☐ The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

[_____],

a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer named in **Part 12.**,

**Joan M Altamore**

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

3. Applicant's Daytime Telephone Number

**(617) 318-8164**

4. Applicant's Mobile Telephone Number (if any)

**(617) 318-8164**

5. Applicant's Email Address (if any)

[_____]

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

6.a. Applicant's Signature (sign in ink)

➡ ✗ _Okwoffonk_

6.b. Date of Signature (mm/dd/yyyy)   `11/7/2017`

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a. Interpreter's Family Name (Last Name)

[_____]

1.b. Interpreter's Given Name (First Name)

[_____]

2. Interpreter's Business or Organization Name (if any)

[_____]

10171G0165030   1903869 042303 53 V549393 112717 09:04 112417 AOS-805887