**Subject:** Zenith Transaction Alert [CREDIT: 2,000,000.00 NGN]
**From:** EbusinessGroup <ebusinessgroup@zenithbank.com>
**Date:** 2/16/2021, 7:24 AM
**To:** <AROOMYK@HOTMAIL.COM>, <AROOMYK@HOTMAIL.COM>



### Zenith Bank Transaction Notification -

Dear MARK AROME OKUO,

Please see below details of the transaction on your account:

| | |
|---|---|
| Account Number | 208****472 |
| Effective Date | 16/02/2021 01:25:34 PM |
| Currency Naira | NGN |
| Description | NIP/UBN/INOMWAN OSARUESE A/UIP IFO MARK AROME OKUO/NIP/TRFS B/O ANSON OSARUESE I |
| Reference Code | |
| Branch | Head Office |
| Transaction Type | CREDIT |
| Date of Transaction | 16/02/2021 01:25:35 PM |
| Amount | 2,000,000.00 |
| Current Balance | 77,297,092.98 |
| Available Balance | 77,297,092.98 |

**Remember**: Zenith Bank would NEVER call, SMS or e-mail requesting for your card details, PIN, token codes, mobile/internet banking login details or other account related information. Please DO NOT respond to such messages and dial *966*911# from any mobile phone to stop debit transactions on your account if you lose your phone, debit card or have an unauthorized transaction.

You can reach our 24/7 contact center ZenithDirect on the details below, livechat with us at www.zenithbank.com or click the Facebook and Twitter buttons below to engage us on social media.

Thank you for Banking with us.
www.zenithbank.com

**GOVERNMENT EXHIBIT 27**

     

For enquiries kindly contact **ZenithDirect**,
our 24hr interactive Contact Centre:

+23412787000, +23412927000,
0700ZENITHBANK
zenithdirect@zenithbank.com

DISCLAIMER:
Any views of this e-mail are those of the sender except where the sender specifically states them to be that of Zenith Bank Plc or its subsidiaries.
The message and its attachments are for designated recipient(s) only and may contain privileged, proprietary and private information. If you have received it in error, kindly delete it and notify the sender immediately.
Zenith Bank Plc accepts no liability for any loss or damage resulting directly and indirectly from the transmission of this e-mail message.