

Government Exhibit 28

Case 1:21-cr-10309-LTS Document 17-28 Filed 04/08/21 Page 1 of 1

**Letter 1:**

Zenith Bank Plc.
Lekki Expressway
Lagos.

Dear Sir/Madam,

Transfer Instruction.

Kindly take this as an instruction to the sum of ₦30,000,000 (Thirty million Naira only) from my account 9472, to the account of Ofyie Okuo Account number ███████7579.

Thank you.
Mark Okuo
22-03-2021
Okuo Mark.

**Letter 2:**

Zenith Bank Plc.
Lekki Expressway
Lagos.

Dear Sir/Madam,

Transfer Instruction.

Kindly take this as an instruction to the sum of ₦25,000,000 (Twenty five million Naira Only), from my Account 9472, to Ofyie Okuo Account Number ███████7579.

Thank you.
Mark Okuo
23-03-2021
Okuo Mark.