AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Received by USMS Boston on March 23, 2021 at 7:11 am.

United States of America
v.
Mark Arome OKUO, a/k/a Anthony Terry, a/k/a Mark Robert, a/k/a Frank Michael

*Defendant*

Case No. 21-mj-6204

FILED IN CLERKS OFFICE
2021 APR -8 PM 1:10
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Arome Okuo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (conspiracy to commit wire and bank fraud)

Date: March 22, 2021

City and state: Boston, MA

*Page Kelley*
Issuing officer's signature

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/25/2021

*Arresting officer's signature*

*Printed name and title*