UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK AROME OKUO,<br>a/k/a "Anthony Terry,"<br>a/k/a "Mark Robert,"<br>a/k/a "Frank Michael,"<br>a/k/a "Romeih Johnson,"<br><br>Defendant. | Criminal No. 21cr10309<br><br>Violation:<br><br>Count One: Conspiracy to Commit Bank Fraud and Wire Fraud<br>(18 U.S.C. § 1349)<br><br>Forfeiture Allegation:<br>(18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), 982(a)(6); 28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1.  The defendant, MARK AROME OKUO ("OKUO"), also known as "Anthony Terry," also known as "Mark Robert," also known as "Frank Michael," also known as "Romeih Johnson," was a citizen of Nigeria who resided in Massachusetts.

2.  FLORENCE MWENDE MUSAU ("MUSAU"), a co-conspirator not charged as a defendant in this Indictment, resided in Massachusetts.

3.  Victim-1 was an individual who resided in Illinois.

4.  Victim-2 was an individual who resided in Georgia.

5.  Victim-3 was an individual who resided in Ohio.

6.  Citizens Financial Group, Inc. ("Citizens Bank") and Santander Bank, N.A. ("Santander Bank") were federally insured financial institutions as defined in 18 U.S.C. § 20.

7.      A "romance scam" involved perpetrators creating fictitious profiles on online dating or social media websites, gaining the trust of potential victims, and then directing those victims to transfer money under false pretenses.

<u>Overview of the Conspiracy and the Scheme to Defraud</u>

8.      From in or about 2018 through in or about 2020, OKUO, together with others known and unknown to the Grand Jury, engaged in a conspiracy and a scheme to defraud victims via online romance scams. As part of the conspiracy, OKUO used aliases and fake passports to open fraudulent bank accounts in order to collect the proceeds of the fraud, and then executed large cash withdrawals from the accounts, generally structured in amounts less than $10,000, in an effort to avoid detection.

<u>Objects and Purposes of the Conspiracy</u>

9.      The principal objects of the conspiracy were to commit bank fraud and wire fraud. The principal purposes of the conspiracy were to obtain money from victims via online romance scams, and to avoid detection by law enforcement.

<u>Manner and Means of the Conspiracy and the Scheme to Defraud</u>

10.     Among the manner and means by which OKUO and co-conspirators known and unknown to the Grand Jury carried out the conspiracy and the scheme to defraud were the following:

      a.   Creating fictitious online dating and social media profiles;

      b.   Contacting victims using fake online personas;

      c.   Developing online romantic relationships with victims under false pretenses;

      d.   Opening fraudulent bank accounts using aliases and fake passports,

including in the names "Anthony Terry," "Mark Robert," "Frank Michael," and "Romeih Johnson," among others;

e. Requesting that the victims send money to the fraudulent bank accounts under false pretenses;

f. Rapidly withdrawing the funds sent by victims, generally in structured amounts; and

g. Abandoning or closing the fraudulent bank accounts with minimal balances.

<u>Acts in Furtherance of the Conspiracy and the Scheme to Defraud</u>

11. On various dates between in or about 2018 and in or about 2020, OKUO, MUSAU, and others known and unknown to the Grand Jury committed and caused to be committed the following acts in furtherance of the conspiracy and the scheme to defraud:

### *Victim 1*

12. In or about 2018, Co-Conspirator-1 ("CC-1") met Victim-1 through the internet and told her that he was a member of the United States military serving in the Middle East, and that he wanted to obtain his early military retirement benefits so that he could return to the United States to live with her.

13. In or about January 2019, a co-conspirator representing himself to be CC-1's supervisor in the military, told Victim-1 that she needed to send money so that CC-1 could apply for military retirement benefits and travel back to the United States.

14. On or about January 16, 2019, OKUO used a fake Nigerian passport in the name of "Anthony Terry" to open a Citizens Bank account (the "Citizens Terry account").

15. On or about February 15, 2019, a co-conspirator sent OKUO the name and location of Victim-1 and asked him to provide a bank account to which Victim-1 could wire funds.

16. On or about February 15, 2019, OKUO responded to the co-conspirator, directing the funds to be transferred to the Citizens Terry account.

17. On or about February 15, 2019, a co-conspirator requested that Victim-1 send $15,000 to the Citizens Terry account.

18. On or about February 17, 2019, OKUO withdrew approximately $5,000 from the Citizens Terry account at a bank branch in Massachusetts.

19. On or about April 6, 2019, MUSAU used a fake British passport in the name of "Catherine Muthoki" to open a Santander Bank account (the "Santander Muthoki account").

20. On or about May 13, 2019, CC-1 and other conspirators instructed Victim-1 to wire approximately $20,000 to the Santander Muthoki account.

21. Shortly thereafter, MUSAU withdrew the romance scam proceeds from the Santander Muthoki account in several structured transactions in Massachusetts.

22. On or about May 28, 2019, CC-1 and other conspirators instructed Victim-1 to wire approximately $20,000 to the Santander Muthoki account.

23. Shortly thereafter, MUSAU withdrew the romance scam proceeds from the Santander Muthoki account in several structured transactions.

### *Victim 2*

24. On or about September 16, 2019, OKUO used the fake Nigerian passport in the name of Anthony Terry to open a Santander Bank account (the "Santander Terry account") in Massachusetts.

25. In or about December 2019, Co-Conspirator-2 ("CC-2") met Victim-2 through the internet and told her that he resided in the Middle East after retiring from the oil industry, but that he wanted to move to the United States to live with Victim-2.

26. CC-2 requested that Victim-2 wire money to the Santander Terry account for his benefit.

27. On or about January 8, 2020, OKUO withdrew the money in Massachusetts that Victim-2 had wired to the Santander Terry account in several structured transactions.

### *Victim 3*

28. In or about January 2020, Co-Conspirator-3 ("CC-3") met Victim-3 through the internet, told her that he was a member of the military stationed in the Middle East, and advised her that he wanted to leave the military and return to the United States.

29. CC-3 told Victim-3 that in order to return to the United States, he needed money to pay for a soldier to replace him in the military.

30. Later, a co-conspirator contacted Victim-3, told her that he was CC-3's supervisor in the military, and instructed her to send money to the Santander Terry account to pay for a soldier to replace CC-3 in the military.

31. On or about January 23, 2020, OKUO, while in Massachusetts, withdrew approximately $6,500 of the funds Victim-3 wired to the Santander Terry account.

COUNT ONE
Conspiracy to Commit Bank Fraud and Wire Fraud
(18 U.S.C. § 1349)

The Grand Jury charges:

32. The Grand Jury re-alleges and incorporates by reference paragraphs 1-31 of this Indictment.

33. From in or about 2018 through in or about 2020, in the District of Massachusetts and elsewhere, the defendant,

MARK AROME OKUO,
also known as "Anthony Terry,"
also known as "Mark Robert,"
also known as "Frank Michael,"
also known as "Romeih Johnson,"

conspired with others known and unknown to the Grand Jury to commit the following offenses:

a. bank fraud, that is, to knowingly execute, and attempt to execute, a scheme and artifice to defraud federally insured financial institutions, that is, Citizens Bank and Santander Bank, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Citizens Bank and Santander Bank by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344; and

b. wire fraud, that is, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, to transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce,

writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A); 28 U.S.C. § 2461(c))

The Grand Jury further finds:

34. Upon conviction of the offense in violation of Title 18, United States Code, Section 1349, set forth in Count One, the defendant,

> MARK AROME OKUO,
> also known as "Anthony Terry,"
> also known as "Mark Robert,"
> also known as "Frank Michael,"
> also known as "Romeih Johnson,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

   a. $102,637 in United States currency, seized on March 25, 2021, from Mark Arome OKUO in Canton, Massachusetts.

35. If any of the property described in paragraph 34, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 34 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
IAN STEARNS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 21, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  10/21/21 @ 2:00pm
DEPUTY CLERK