JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** I    **Investigating Agency** HSI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant
Magistrate Judge Case Number    21-mj-06204-MPK (compl.)
Search Warrant Case Number    21-6023-MPK etc. see list below
R 20/R 40 from District of

### Defendant Information:

**Defendant Name** Mark Arome Okuo    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** a/k/a Anthony Terry, a/k/a Mark Robert, a/k/a Frank Michael, a/k/a Romeih Johnson

**Address** (City & State) 32 Neponset Street, Apartment 1206, Canton, Massachusetts, 02021

**Birth date (Yr only):** 1979    **SSN (last4#):** N/A    **Sex** M    **Race:** _____    **Nationality:** Nigeria

**Defense Counsel if known:** Aviva Jeruchim    **Address** Jeruchim@jdlawyers.com

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Ian Stearns    **Bar Number if applicable** 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

### Location Status:

**Arrest Date** 03/25/2021

☑ Already in Federal Custody as of    03/25/2021    in    Wyatt
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/21/2021    **Signature of AUSA:** /s/

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Arome Okuo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud and bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Full list of related search warrants:

21-mj-6023-MPK, 21-mj-6024-MPK, 21-mj-6025-MPK, 21-mj-6026-MPK, 21-mj-6205-MPK, 21-mj-6206-MPK, 21-mj-6207-MPK

Case number for defendant charged in same complaint who subsequently pled guilty to an information:

21-cr-10190-ADB