CLERK OF THE COURT
1 COURTHOUSE WAY
BOSTON, MA 02110.

DEAR JUDGE,      (U.S. v. MARK OKUO)
My NAME IS MARK OKUO, I WAS CHARGE WITH CRIME IN U.S DISTRICT COURT OF MASSACHUSETTS.

I AM WRITING TO YOU REGARDING AN INCIDENT THAT HAPPENED TO ME IN WYATT DETENTION FACILITY WHERE I AM CURRENTLY DETAINED ON A CRIMINAL COMPLAINT FOR 7 MONTHS, BEFORE I WAS INDICTED ON 10-21-'21.

ON 6-4-'21, BETWEEN 7:30 PM AND 8:00 PM, I GOT A CALL FROM THE FACILITY TO GO FOR MEDICAL, UNKNOWN TO ME I WAS TRICKED OUT TO GET ME OUT FOR THE U.S MARSHALLS.

I WAS TAKEN TO A PRIVATE ROOM, NOT A MEDICAL ROOM, WHERE I MET A MALE AND FEMALE, THE FEMALE INTRODUCED HERSELF AND THE PARTNER AS U.S MARSHALLS AND TOLD ME THEY ARE HERE TO ASK ME FEW QUESTIONS.

I AM WRITING TO YOU, TO KNOW IF IT WAS LAWFUL FOR THE SAME AGENT WHO LED MY ARREST TO COME VISIT ME IN DETENTION WERE I AM BEING DETAINED, EVEN WHEN HE IS AWARE I HAVE ATTORNEY REPRESENTING ME. I BELIEVE THERE SHOULD BE A PROCESS AND PROCEDURE. THAT IS A VIOLATION OF MY CONSTITUTIONAL RIGHT.

THEREAFTER, I CONTACTED MY ATTORNEY TO FIND OUT FROM HER IF SHE SENT PEOPLE SEE ME WYATT, SHE SAID TO ME NO. AND SHE ASKED ME DID ANYONE COME TO SEE YOU, I SAID YES THAT THE LED AGENT WHO ARRESTED ME CAME TO VISIT ME, SHE SAID THAT CAN NOT HAPPEN THAT SHE WILL FIND OUT FROM THE PROSECUTOR.

MY ATTORNEY VISITED ME IN WYATT, I THEN ASK HER IF SHE FIND OUT FROM THE PROSECUTOR THE INCIDENT THAT HAPPENED TO ME, SHE SAID YES, THAT THE PROSECUTOR SAID IT WAS NOT THE LED AGENT WHO ARRESTED THAT CAME TO VISIT ME, AND THAT THE AGENT TRAVELLED TO CANADA ON THE SAID DAY.

Your Honor I then wrote to the Court that I am scared that the Court should conduct a hearing, which the Court did scheduled a hearing, to my suprise the prosecutor was a absentee while other parties were present, I know if was me who disregard the judge on a hearing, that will be a charge on me, however the hearing is still pending.

I have been asking my laywer to call for hearing on the violation, it seems to me she does not want to call for hearing. This is my due process right, a violation of my constitutional right.

Finally, I want to bring to your attetion on the credibility of my search warrant which was signed by the judge on the day I was arrested I noticed the execution date was crossed then a new date was typed on the top. I am concerned, on the irregularity.

Thank you for your assistance
Mark Okuo
My regards.

3