UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK AROME OKUO,<br><br>        Defendant. | No. 21-cr-10309-LTS-MPK |

## ASSENTED-TO MOTION FOR PROTECTIVE ORDER

The government, with the assent of counsel for the defendant Mark Arome Okuo, hereby moves for the entry of a protective order attached as Exhibit A, in order to protect potential confidential information that is contained in the materials that the government anticipates producing in automatic discovery, including personal identifying information in voluminous materials.

 

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
IAN J. STEARNS
Assistant United States Attorney

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendant, and that the parties agree to the relief requested in this motion.

> */s/ Ian J. Stearns*
> IAN J. STEARNS
> Assistant United States Attorney

Date: November 23, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> */s/ Ian J. Stearns*
> IAN J. STEARNS
> Assistant United States Attorney

Date: November 23, 2021