# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

MARK AROME OKUO,

Defendant.

No. 21-cr-10309-LTS-MPK

**<u>PROTECTIVE ORDER</u>**

The Court hereby ORDERS as follows:

1. The defendant Mark Arome Okuo and his counsel shall not use or disclose any materials produced by the government in the process of discovery and trial of this matter (collectively, the "Discovery Materials"), unless they are already in the public record, for any purpose other than the defense of this case. This Order does not prohibit the defendant, his counsel, or his counsel's staff from sharing Discovery Materials for the purpose of preparing witnesses or the defense of this case. However, anyone who receives Discovery Materials shall be required to agree to the terms of this Order, and not use the Discovery Materials or information therein for any purpose other than the defense of this case. This paragraph does not restrict the defendant or his counsel from utilizing in any way materials that they obtain independently from the government's production of Discovery Materials.

2. When providing non-public materials received in discovery to an authorized person, counsel for the party providing such materials must inform the authorized person that the materials are provided subject to the terms of this Order, and that the authorized person must comply with the terms of this Order.

3. Documents revealing the social security number, bank account, or other such personal identifying information of any person, and personal identifying information of any

potential cooperating witness in this case shall be considered "highly confidential," and the defendant shall not make such documents or information public or share it with third parties without redacting the identifying information.

    4.    Nothing contained in this Order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.  This Order also does not preclude the filing of documents received in discovery, or stating facts set forth in those documents, in pre-trial motions, so long as any personal identifying information is appropriately redacted or filed under seal.

SO ORDERED.

_____
M. PAGE KELLEY
Chief United States Magistrate Judge

Date: _____