UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK AROME OKUO, a/k/a "Anthony Terry," a/k/a "Mark Robert," a/k/a "Frank Michael," a/k/a "Romeih Johnson,"<br><br>Defendant. | Case No. 21-cr-10309-LTS-MPK |

## JOINT INITIAL STATUS REPORT

The United States of America and the defendant, through undersigned counsel, respectfully submit this joint status report pursuant to Local Rule 116.5(a) in advance of the initial status conference scheduled for January 31, 2022.

1. <u>Discovery Status</u>: The government completed its production of automatic discovery on December 21, 2021. At approximately 17GB, automatic discovery is somewhat voluminous. The government made a supplemental production of discovery on January 19, 2022. The government has produced extensive early Jencks and Giglio materials. The defendant has not yet issued discovery requests or produced reciprocal discovery. The Court entered a protective order (Dkt. 61) governing discovery materials on November 24, 2021. *See* L.R. 116.5(a)(1)–(4).

2. <u>Pre-trial Motions</u>: The parties believe that it is too early to establish a deadline for potential motions pursuant to Fed. R. Crim. P. 12(b), and request that the Court consider the issue at the interim status conference. *See* L.R. 116.5(a)(5).

3. <u>Expert Disclosures</u>: To the extent there are expert witnesses in this case, the parties propose that government expert disclosures be made 60 days before the trial date set by the District Court, and defense expert disclosures 15 days later. *See* L.R. 116.5(a)(6).

4.      Speedy Trial Act:  The Court has excluded the time from the date of arraignment through the date of the initial status conference, and zero days have elapsed under the Speedy Trial Act.  *See* Dkt. 58.  The defendant is detained, pursuant to a voluntary order of detention, following an evidentiary detention hearing.  *See* Dkts. 17, 18, 30, 33.  The parties jointly request that the Court enter an order on excludable delay pursuant to the Speedy Trial Act, and agree that the time from January 31, 2022 until the next status conference should be excluded.  *See* L.R. 116.5(a)(7).  The exclusion of such time is necessary to allow defense counsel sufficient time to review the discovery provided and to confer with the defendant.  The parties further agree that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv); § 3161(h)(1)(G).

5.      Continuance of Initial Status Conference:  The parties do not believe that appearing for an initial status conference is necessary at this time, and thus jointly request that the hearing scheduled for January 31, 2022 be cancelled.  *See* L.R. 116.5(a)(8).  Subject to the Court's availability, the parties jointly request an interim status conference in approximately 60 days, the week of March 28, 2022.

Respectfully submitted,

| | |
|---|---|
| MARK AROME OKUO<br>By his attorney, | RACHAEL S. ROLLINS<br>United States Attorney |
| By: */s/ Aviva E. Jeruchim*<br>Aviva E. Jeruchim<br>Jeruchim & Davenport, LLP<br>50 Congress Street, Suite 615<br>Boston, MA 02109<br>617-720-6047<br>jeruchim@jdlawyers.com | By: */s/ Ian Stearns*<br>Ian Stearns<br>Assistant United States Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02110<br>617-748-3208<br>Ian.Stearns@usdoj.gov |

Date: January 19, 2022

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendant, and that the parties agree to the relief requested in this joint initial status report.

>*/s/ Ian Stearns*
>Ian Stearns
>Assistant United States Attorney

Date: January 19, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>*/s/ Ian Stearns*
>Ian Stearns
>Assistant United States Attorney

Date: January 19, 2022