CLERK OF THE COURT
1 COURTHOUSE WAY
BOSTON, MA. 02110

FILED
IN CLERKS OFFICE
2022 JAN 24 PM 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

DEAR JUDGE,

    YOUR HONOR, I AM REQUESTING THE COURT TO PLEASE ALLOW ME TO REPRESENT M-ISELF. REASON FOR MY DECESION, IS I FELT MY LAWYER HAS NO INTEREST IN LISTENING TO ME SHE HAS NO DESIRE TO HELP ME SINCE SHE CAME IN MY CASE. THIS IS THE SECOND MONTH AFTER I WAS ARRAIGNED NOVEMBER 23, 2021, I AM YET TO SEE MY DISCOVERIES. SHE TELLS ME THINGS THAT ARE UNTRUE, WHICH I DONT AGREE WITH HER OPINION AND HER ADVICES. FOR EXAMPLE I HAD REQUESTED HER THAT I WOULD LIKE TO GO IN FRONT OF JUDGE AND WANT TO DO AN OPEN PLEA AND GET SENTENCED. SHE IS STILL INSISTING ME TO SIGN A PLEA OFFER WHICH WAS SENT TO ME OF WHICH I DONT UNDERSTAND WHY AND IT MAKES ME DOUBT HER INTENTIONS TO HELP ME.

    IN THIS LETTER I ALSO WANT TO TELL THE COURT IT TOOK SEVEN MONTHS TO INDICT ME, I WOULD LIKE TO PLEA GUILTY ON MY PRESENT INDICTMENT AND REQUEST THE COURT TO

ACCEPT MY PLEA OF GUILTY ON MY PRESENT INDICTMENT AND SENTENCE ME AS SOON AS POSSIBLE I AM NOT SAFE HERE IN MY CELL, WE ARE FOUR IN A CELL, TWO AMONG THE FOUR OF ARE COVID POSITIVE AND THEY STILL STAY IN SAME CELL WITH ME WHO IS NEGATIVE.

AS PER MY CURRENT INDICTMENT MY GUIDLINE IS UNDER 12 MONTHS, AFTER ACCEPTING RESPONSIBILITY POINTS REDUCTIONS. SHOULD PROSECUTOR DESIRE TO ADD ENHANCMENT, STILL MY GUIDELINE WILL NOT INCREASE SUBSTATIALLY AND WILL BE RESOLVED AT SENTENCING. AS I AM IN PRETRAIL FOR TEN MONTHS AND MY CURRENT GUIDELING ONLY SEEK 12 MONTHS.

I REQUEST THE COURT TO PLEASE ACCEPT MY PLEA AND ACCEPT MY REQUEST.

YOURS RESPECTFULLY,
MARK OKUO.



MARK OKUO
36528509
F. 3.
150 HIGH ST
CENTRAL FALLS, RI-02863

THE CLERK OF THE COURT
1 COURTHOUSE WAY.
BOSTON, MA- 02110.