UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
OFFICE OF THE CLERK
BOSTON, MA 02210

FILED
IN CLERKS OFFICE
2022 APR -6 AM 10:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge,

Your Honor, I kept writing to the court complaining, but no response from the court. I am curious now, if my letters are being delivered to the clerk of the court.

Your Honor, I have not recieved any letter from the court since I have been complaining, is the court forcing me on a lawyer I said should step aside from my case.

Your Honor, my last zoom meeting with my current lawyer was 3/15/22, she told me the judge want to hear from me that the court has scheduled the hearing for 3/31/22. I would not know why the hearing did not come up if it was scheduled.

Your Honor, today is 3/31/22 I still have not seen my discovery, Your Honor I dont know what is going on.

Your Honor, please could you write to me the date you will have me schedule for hearing.

Thank you for your assistance

Yours obedient
Mark Okuo.

Mark Okuo
36528509.
950 High St.
Central Falls,
RI 02863

United States Districts Court
1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210.