1 COURTHOUSE WAY,
SUITE 2300,
OFFICE OF THE CLERK.
BOSTON, MA 02210.

FILED IN CLERKS OFFICE
2022 APR 20 AM 11: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

DEAR JUDGE,

YOUR HONOR, I HAD WRITTEN TO THE COURT MULTIPLE TIMES, BUT WITH NO RESPONSE FROM THE COURT. I DO NOT KNOW IF THIS IS HOW TO GET JUSTICE IN USA, WHERE A DEFENDER WILL BE DETAINED FOR THIRTEEN MONTHS WITHOUT JUSTICE NO TRIAL, ON AN ALLEDGE CRIME WHICH I AM STILL INNOCENT.

YOUR HONOR, I HAVE ASKED MY LAWYER TO BRING ME IN YOUR FRONT, BUT ONLY FOR HER TO BE BLOCKING ME FROM COMING IN FRONT OF YOU BECAUSE SHE KNOWS I HAVE NO MEANS TO BRING MYSELF.

YOUR HONOR, I NEED TO BRING A PAINFUL ISSUE TO YOUR NOTICE, THAT MY CODEFENDER FLORENCE MUSAU WHO WAS ARRESTED TOGETHER WITH ME SAME DAY, WAS PREGNANT FOR ME, AND CARRYING MY CHILD, I HAVE HEARED SHE HAS LOST THE BABY, I AM STILL IN DOUBT IF IT IS TRUE. WE HAVE NOT COMMITED MURDER, DO WE HAVE TO LOOSE OUR CHILD OR PAY WITH AN INNOCENT CHILD LIFE FOR AN ALLEDGE CRIME.

Your Honor, please the prosecutor will have to explain to my family, to the public what took the life of my child, we do not deserve to be treated in this manner. I need explanation from someone, someone should be held accountable for the death of the child. This is America not Russia, taking my liberty, taking the life of my child, keep me in jail so I can go thru stress and trauma in jail. Your Honor, the prosecutor knows better he needs to explain to me because I am under his custody.

Your Honor, please I would need these issues be addressed, because I do not want to make it known to the public, or social media yet, that the life of my child was taken while being detained on an alledge crime which I am still innocent, which is why I am bringing it to your notice for you to intervene. I was violated, I lost my child.

Thank you for your assistance
Yours obidient
Mark Okuo



Mark Okuo
3528509
E13
910 High St,
Central Falls, RI. 02863

1 Courthouse Way, Suite 2300
Office of the Clerk
Boston, MA 02210.

7021 2720 0001 5837 7309

CERTIFIED MAIL

neopost
04/18/2022
US POSTAGE $007.38⁰
ZIP 02863
041L11252843

USPS SCREENED