UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **Crim No. 21-CR-10309** |
| | ) |
| MARK OKUO | ) |

**DEFENDANT'S MOTION TO WITHDRAW COUNSEL**

Now comes Defendant's counsel in the above-entitled matter and respectfully moves this Honorable Court to permit her withdrawal of appearance.  In support of this motion, counsel states and represents that a complete breakdown in communication has occurred between herself and the defendant.  It is apparent that the defendant has lost confidence in counsel and wishes to be represented by someone else. Defense counsel requests that the court schedule a hearing for the motion after July 18, 2022 when defense counsel returns from vacation.

WHEREFORE, the defense counsel moves this Honorable Court to permit the withdrawal of current counsel, appoint new counsel and for such other and further relief as to this court deems just and proper.

Respectfully Submitted,
Mark Okuo
By his counsel,

Date: 7/01/2022

/s/ Vivianne Jeruchim_____
Vivianne Jeruchim, Esq.
BBO #547598
Jeruchim & Davenport, LLP
50 Congress St., Suite 615
Boston, MA  02109
617/720-6047

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 1, 2022.

Date: 07/01/2022                                    /s/ Vivianne Jeruchim_____
                                                   Vivianne Jeruchim, Esq.