UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MARK AROME OKUO, a/k/a "Anthony Terry," a/k/a "Mark Robert," a/k/a "Frank Michael," a/k/a "Romeih Johnson,"<br><br>        Defendant. | Case No. 21-cr-10309-LTS-MPK |

## ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE AND FOR ORDER OF EXCLUDABLE DELAY

With the assent of the defendant, the government respectfully moves for a 30-day continuance of the final status conference in this matter, which is scheduled for December 9, 2022. There are two reasons for this motion. First, the parties have recently reached an agreement in principle regarding a pre-trial resolution and are engaged in final-stage plea discussions. The parties anticipate moving for a Rule 11 hearing in the near future. Second, undersigned counsel for the government is beginning a three-week trial on December 1, 2022, and the court in that case has recently changed its trial schedule to sit full days. *See United States v. Brand et al.*, 20-cr-10306-GAO.

Further, the parties jointly request that the Court enter an order of excludable delay pursuant to the Speedy Trial Act, and agree that the time from December 9, 2022 until the next status conference should be excluded. The exclusion of such time is necessary to allow the parties to finalize a potential resolution of this matter, and if that does not happen, for the defense to prepare pre-trial motions. The parties further agree that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv); § 3161(h)(1)(G).

Accordingly, with the assent of the defendant, the government respectfully requests that the Court continue the final status conference to the week of January 9, 2023, or a date thereafter that is convenient for the Court and the defense, and the parties jointly request that the Court enter an order of excludable delay from December 9, 2022 until the date of the next status conference.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

    By: */s/ Ian J. Stearns*
    IAN J. STEARNS
    Assistant United States Attorney
    One Courthouse Way, Suite 9200
    Boston, MA 02110
    617-748-3208
    Ian.Stearns@usdoj.gov

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the defendant, and that the parties agree to the relief requested in this joint status report.

    */s/ Ian J. Stearns*
    IAN J. STEARNS
    Assistant United States Attorney

Date: November 30, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    */s/ Ian J. Stearns*
    IAN J. STEARNS
    Assistant United States Attorney

Date: November 30, 2022