UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 21-CR-10309 |
| ) | |
| MARK OKUO ) | |

**DEFENDANT'S MOTION FOR A RULE 11 HEARING**

Now comes Mark Okuo, the defendant in the above-captioned matter, and respectfully moves this Honorable Court to set a Rule 11 hearing in the above-entitled matter.

Respectfully Submitted,
Mark Okuo
By his counsel,

Date: 12/15/2022                    /s/ Jessica Hedges
                                    Jessica Hedges, Esq.
                                    BBO #645847
                                    Hedges & Tumposky, LLP
                                    50 Congress St., Suite 600
                                    Boston, MA  02109
                                    (617) 722-8220

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: 12/15/2022                    /s/ Jessica Hedges
                                    Jessica Hedges, Esq.