UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 21-10309-LTS |
| | ) |
| MARK AROME OKUO, | ) |
|         Defendant. | ) |

**NOTICE TO THE COURT REGARDING FORFEITURE**

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following asset, identified in the Indictment, because the United States Department of Homeland Security, United States Customs and Border Protection has administratively forfeited the asset on October 26, 2021:

1.     $102,637 in United States currency, seized on March 25, 2021, from Mark Arome Oku in Canton, Massachusetts.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ Carol E. Head
       CAROL E. HEAD
       Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       carol.head@usdoj.gov

Dated: March 11, 2023