UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | **Crim No. 21-CR-10309** |
| ) | |
| MARK OKUO         ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes Defendant and respectfully moves this Honorable Court to continue sentencing, currently scheduled for March 29th, 2023, to April 13th, 2023 and reset the filing dates of sentencing memos by seven days in the above-entitled matter. As grounds, counsel is attempting to balance the request for expedited sentencing against the need for diligent advocacy on Mr. Okuo's behalf, which a continuance of two weeks would achieve. Counsel has conferred with the Government about the continuance, who agrees to the request, and the proposes April 13th date is one which is convenient for all parties and this Court's schedule.

                                                   Respectfully Submitted,
                                                   Mark Okuo
                                                   By his counsel,

Date: 3/20/2023                        /s/ Jessica Hedges
                                                 Jessica Hedges, Esq.
                                                 BBO #645847
                                                 Hedges & Tumposky, LLP
                                                 88 Broad St., Suite 101
                                                 Boston, MA  02109
                                                 (617) 722-8220

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 20th, 2023.

Date: 3/20/2023                  /s/ Jessica Hedges
                                           Jessica Hedges, Esq.