We know him to be a sincere person and trouble free. The Mother is very sick and we fear we might lose her. Please temper Justice with Mercy and help release him. We will be glad IF this wish is granted.

Sincerely yours

Peter Okuo
Family Secretary.

SECRETARY OF OKUO'S FAMILY.

To whom it may concern,

This is to inform you that the mother of Mark Okuo has developed stroke due to emotional issues P.T.S.D (post traumatic stress disorder) when she became aware that her son (Mark Okuo) in prison. We the family members are very sorry for what he has done and plead for his forgiveness.