Good day.

My name is Victor Osawaru, I am a friend of Mark Okuo, we have been friends for a very long time. I recently got a shocking news that he has been arrested for more than two years. This is a shock to me because I have known him to be a very nice person. I helped him secure a job here in Nigeria when he was working for an Orphanage home without pay. He provided for his siblings and also managed to assist some of his close friends.

I really don't know how he got involved with the people that lead to his been arrested.
I want to use this medium to plead on his behalf becaus I know he is a very nice and responsible person and never been involved in any kind of crime before.
Please have mercy.

yours faithfull
Victor Osawaru.